

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

ARVIN SAENZ,

Appellant,

v.

THE STATE OF TEXAS,

Appellee.

§
§
§
§
§
§
§

No. 08-11-00341-CR

Appeal from the

County Court at Law No. 2

of El Paso County, Texas

(TC# 20080C11300)

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 24TH DAY OF JULY, 2013.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.